# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00486-CR

**Jennifer Kay Polson, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
### NO. 23-01212-5, THE HONORABLE WILL WARD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Jennifer Kay Polson has filed a motion to dismiss her appeal. The motion is signed by both appellant and her attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: March 27, 2024

Do Not Publish